United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 02, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RODNEY JOHNSON, SR., | § | CASE NO. 19-34397 |
| | § | |
| Debtor. | § | CHAPTER 11 |

### AGREED ORDER GRANTING DEBTOR'S MOTION FOR ATTORNEY FEES AS SANCTIONS AND RELEASING BOND

Came on for consideration the Debtor's *Motion Regarding Bond Posted by PHH Mortgage Corporation* [ECF No. 143] and Debtor's *Motion for Attorney Fees as Sanctions Against PHH Mortgage Corporation* [ECF No. 144].

Pursuant to an agreement of the parties, the Court orders the following:

Debtor's motion for attorney's fees is GRANTED. PHH Mortgage Corporation will pay Debtor attorney's fees in the amount of $43,350.07 by delivering said amount to Debtor's attorney within fifteen (15) days of the date of this order.

Debtor's motion regarding bond is DENIED. The bond posted by PHH dated July 30, 2020 for $25,613.41 with The Ohio Casualty Insurance Company is hereby released.

All relief not granted herein is denied.

Signed: May 02, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

AGREED AS TO FORM AND SUBSTANCE:

*/s/   Reese W. Baker*
**Reese W. Baker**
**TX Bar No. 01587700**
**950 Echo Lane, Suite 300**
**Houston, Texas 77024**
**(713-979-2279**
**(713) 869-9100 fax**
**Email: courtdocs@bakerassociates.net**

**Attorney for Debtor**


*/s/   Adam Nunnallee*
**Kyle Owens**
Texas Bar No. 24046573
S.D. Tex. Fed ID # 590511
kowens@dykema.com
**Adam Nunnallee**
Texas Bar No. 2405743
S.D. Tex. Fed ID #1287826
anunnallee@dykema.com
**Alexandria R. Rahn**
Texas Bar No. 24110246
S.D. Tex. Fed ID #3708968
arahn@dykema.com
Telephone: (214) 462-6453
Facsimile:  (855) 256-1482
**DYKEMA GOSSETT PLLC**
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201

**Attorneys for PHH Mortgage Corporation**